**Opinion filed April 6, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00051-CV

_____

## KAY DALBERT, AS GUARDIAN FOR THE PERSON AND ESTATE OF DONALD MCDORMAN, D/B/A MCDORMAN FURNITURE AND APPLIANCE, Appellant

## V.

## JANICE BOIL, Appellee

**On Appeal from the 32nd District Court**

**Nolan County, Texas**

**Trial Court Cause No. 19,709**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court an agreed motion to dismiss. In the motion, the parties indicate that they have executed a settlement and release agreement in which they agreed to dismiss this appeal. Accordingly, both parties request that this court dismiss the appeal, order each party to bear its own fees and expenses, and order costs to be borne equally by each party. *See* TEX. R. APP. P. 42.1(a), (d).

The motion is granted, and the appeal is dismissed.

PER CURIAM

April 6, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.